**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

RAGHAVAN SATHIANATHAN,

    Plaintiff,

v.

SMITH BARNEY, INC.,

    Defendant.

No. C 04-2130 SBA

**ORDER**

[Docket No. 251]

Before the Court is *pro se* plaintiff Raghavan Sathianathan's *ex parte* motion for leave to file an overlength brief in support of his renewed Rule 60 motion [Docket No. 251]. The plaintiff requests leave to file a brief of 14,000 words (the word limitation for state and federal appellate briefs in the State of California). This may amount, depending on formatting, to well over 50 pages. Defendant Smith Barney, Inc. opposes this request. For the reasons that follow, the plaintiff's *ex parte* motion is DENIED.

Under Civil Local Rule 7-4(b) "Unless the Court expressly orders otherwise pursuant to a party's request made prior to the due date, briefs or memoranda filed with opposition papers may not exceed 25 pages of text and the reply brief or memorandum may not exceed 15 pages of text." The plaintiff plans to file a renewed Rule 60 motion for relief from this Court's February 25, 2005 order. *See* Docket No. 92. That order granted the defendant's motion to confirm the arbitration award; denied the plaintiff's motion to vacate the arbitration award; and struck the plaintiff's motion for leave to file an amended complaint.

The case has a very long history and there has been extensive briefing by both parties. In addition, the plaintiff has previously briefed his Rule 60 motion. On March 30, 2006, the Court entered an order stating the following:

> As a final matter, the Court would like to advise the parties that it has found the parties' approach to hand[l]ing this case – which has consisted of filing numerous duplicative and voluminous briefs – to be improper and decidedly unhelpful. Indeed, the voluminous and incessant filings have hindered, rather than facilitated, the efficient and timely resolution of this case. As such, the parties are expressly warned that they **must strictly adhere** to the Federal Rules of Civil Procedure, the Civil Local Rules, this

Court's Standing Orders, and the briefing schedule set forth herein.
Docket No. 193, at 3.

Following this, the Court specifically ordered that "Plaintiff's motion **shall not** exceed 25 pages." *Id*. at 5. Given that the parties have filed numerous and lengthy briefs in the past, the Court finds that it is unlikely that an enlargement of the page limitation will be helpful. The issues have been extensively briefed and litigated, and it is unnecessary for the parties to rehash matters already presented to this Court.

A district court has wide discretion in applying its local rules, and in this instance the Court will exercise its discretion to enforce the page limitation. *See United States v. Warren*, 601 F.2d 471, 474 (9th Cir. 1979) (per curiam) ("Only in rare cases will we question the exercise of discretion in connection with the application of local rules"); *Lundh v. Terhune*, 45 Fed. Appx. 815, 816 (9th Cir. 2002) (unpublished) (no abuse of discretion in enforcing 25 page limit). The motion is therefore DENIED.

IT IS SO ORDERED.

January 28, 2008                             _Saundra B Armstrong_
                                                      Saundra Brown Armstrong
                                                      United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SATHIANATHAN,

        Plaintiff,

v.

SMITH BARNEY, INC. et al,

        Defendant.

Case Number: CV04-02130 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raghavan Sathianathan
c/o S. T. Allen & Co.
336 Bloomfield Avenue
Montclair, NJ 07042

Dated: January 28, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk