**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| RAGHAVAN SATHIANATHAN,<br><br>    Plaintiff,<br><br>  v.<br><br>SMITH BARNEY, INC., *et al.*,<br><br>    Defendants. | No. C 04-02130 SBA<br><br>**ORDER**<br><br>[Docket No. 257] |

IT IS HEREBY ORDERED THAT the hearing set for April 29, 2008, at 1:00 p.m., in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612, on plaintiff's Motion for Relief from Order of February 25, 2005 [Docket No. 257], is VACATED. The Court considers the matter submitted on the pleadings and an Order will issue in due course.

IT IS SO ORDERED.

April 28, 2008

Saundra Brown Armstrong
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SATHIANATHAN,

        Plaintiff,

v.

SMITH BARNEY, INC. et al,

        Defendant.

Case Number: CV04-02130 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raghavan Sathianathan
c/o S. T. Allen & Co.
336 Bloomfield Avenue
Montclair, NJ 07042

Dated: April 29, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

2