UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RAGHAVAN SATHIANATHAN,<br><br>        Plaintiff,<br><br>   vs.<br><br>SMITH BARNEY, INC., et al.,<br><br>        Defendant. | Case No:  C 04-02130 SBA<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION TO RECONSIDER MARCH 2, 2009 ORDER DENYING RULE 60 MOTION**<br><br>[Docket 287] |

Plaintiff has filed a motion for leave to file a motion for reconsideration of the Court's Order, filed March 3, 2009 (Docket 285), denying Plaintiff's Renewed Rule 60 Motion for Relief from this Court's Order of February 25, 2005.  (Docket 287.)  Plaintiff's motion repeats arguments previously made, and therefore, does not comport with Civil Local Rule 7-9(c).  In addition, Plaintiff's motion for reconsideration is not compliant with Local Rule 7-9.  See L.R. 7-9(b).  Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff's motion for leave to file a motion for reconsideration (Docket 287) is DENIED.

IT IS SO ORDERED.

Dated:  March 19, 2009

                                                            Hon. Saundra Brown Armstrong
                                                            United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1 | |
| 2 | SATHIANATHAN, |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | SMITH BARNEY, INC. et al, |
| 6 | Defendant.                                    / |

Case Number: CV04-02130 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 20, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raghavan Sathianathan
c/o S. T. Allen & Co.
336 Bloomfield Avenue
Montclair, NJ 07042

Dated: March 20, 2009

Richard W. Wieking, Clerk

By: LISA R CLARK, Deputy Clerk