UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RAGHAVAN SATHIANATHAN,<br><br>            Plaintiff,<br><br>    vs.<br><br>SMITH BARNEY, INC., et al.,<br><br>            Defendant. | Case No:  C 04-02130 SBA<br><br>**ORDER CLOSING ACTION** |

On January 22, 2010, the Ninth Circuit affirmed the Court's various rulings in this action.  Dkt. 304.  The Ninth Circuit remanded the action "to the district court for resolution of fees and costs incident to appeal, if any."  Id.  No requests for such fees or costs have been received.  Accordingly, the Clerk is directed to close the file and terminate any pending matters.

IT IS SO ORDERED.

Dated: September 12, 2013

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge